

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00371-CV

**IN RE** Modesto E. **GARZA**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                H. Todd McCray, Justice

Delivered and Filed: October 29, 2025

MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING GRANTED. MOTION FOR REHEARING DENIED.

Relator filed a petition for writ of mandamus and motion for emergency relief on June 10, 2025. We denied both on June 25, 2025. Relator subsequently filed a motion for extension of time to file a motion for rehearing. The motion for extension of time complied with rule 49.8 of the Texas Rules of Appellate Procedure and is **GRANTED**.

This court has considered the petition for writ of mandamus, the emergency motion for temporary relief, the motion for extension of time, the motion for rehearing, and the sworn record filed by relator and determined that he is not entitled to the relief sought. Accordingly, the motion for rehearing is **DENIED**.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI07072, styled *Modesto E. Garza v. Keera Ficken*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.